UNITED STATES BANKRUPTCY COURT
NEW JERSEY DISTRICT

Order Filed on December 1, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

STEPHANIE SHRETER, ESQUIRE
105 High Street
Mount Holly NJ 08060
609-265-9600
Attorney for the Debtor(s)

In Re:

**Jacque P. Howard**

Debtors

:Case #16-31493
:Chapter 13
:
:Hearing Date: November 30, 2016
:Judge: Kathryn C. Ferguson

## ORDER TO IMPOSE THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: December 1, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

This matter having been opened to the Court by Stephanie Shreter, Esq., attorney for the Debtor, and Stephanie Shreter having appeared on behalf of the Debtor and good cause having been shown;

It is on this 30th day of November, 2016 ORDERED and ADJUDGED that the debtor having satisfied the requirements of 11 U.S.C.362 (c)(3)(B) the automatic stay shall be imposed.