Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−31493−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Jacque P. Howard
  755 Franklin St
  Trenton, NJ 08610−6111

Social Security No.:
  xxx−xx−6732

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on February 27, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 26 − 24
Order Granting Application for Extension of Loss Mitigation (Related Doc # 24). Loss Mitigation Period Extended to: 6/2/2017. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/27/2017. (ckk)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 27, 2017
JAN: ckk

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Jacque P. Howard  
    Debtor

Case No. 16-31493-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 27, 2017  
                    Form ID: orderntc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2017.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
  lm            E-mail/Text: camanagement@mtb.com Feb 27 2017 23:12:16      M&T Bank,    PO Box 840,  
                 Buffalo, NY    14240  
                                                                                                           TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2017 at the address(es) listed below:  
          Albert   Russo    docs@russotrustee.com  
          Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Stephanie   Shreter     on behalf of Debtor Jacque P. Howard shreterecf@comcast.net  
                                                                                                                                             TOTAL: 3