# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 16−31493−KCF
        Chapter: 13
        Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jacque P. Howard
   755 Franklin St
   Trenton, NJ 08610−6111

Social Security No.:
   xxx−xx−6732

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 4/4/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 4, 2017
JAN: slf

        Jeanne Naughton
        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                              Case No. 16-31493-KCF
Jacque P. Howard                                    Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: Apr 04, 2017
                              Form ID: 148         Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2017.
```
db              Jacque P. Howard,    755 Franklin St,    Trenton, NJ 08610-6111
516492059       Calvary,    att: Bass & Assoc,P.C.,    3936 E Fort Lowell Rd Ste 200,    Tucson, AZ 85712-1083
516492067       M&T Ban,    PO Box 1288,    Buffalo, NY 14240-1288
516492063      +debt recovery,    900 Merchants Concourse,    Westbury, NY 11590-5121
516492068       mccabe weisburg and conway,    216 Haddon Ave Ste 201,    Westmont, NJ 08108-2818
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 05 2017 00:03:40     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 05 2017 00:03:36     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516492058      +EDI: RMCB.COM Apr 04 2017 23:38:00      AMCA,    2269 s saw ml,    Elmsford, NY 10523-3832
516492060      +EDI: CAPITALONE.COM Apr 04 2017 23:38:00      Capital One,    P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
516492061      +EDI: WFNNB.COM Apr 04 2017 23:38:00      Comenity Bank/Brylane,    Po Box 182782,
                 Columbus, OH 43218-2782
516492062      +EDI: CCS.COM Apr 04 2017 23:38:00      Credit Collection Service,    Po Box 9136,
                 Needham, MA 02494-9136
516492064       EDI: DISCOVER.COM Apr 04 2017 23:38:00      Discover,    Po Box 3008,
                 New Albany, OH 43054-0000
516513697       EDI: DISCOVER.COM Apr 04 2017 23:38:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
516492065      +EDI: RMSC.COM Apr 04 2017 23:38:00      Ge/Jc Penney,    Po Box 965007,    Orlando, FL 32896-5007
516492066      +EDI: CBSKOHLS.COM Apr 04 2017 23:38:00      Kohls,    Po Box 3115,    Milwaukee, WI 53201-3115
516549937       E-mail/Text: camanagement@mtb.com Apr 05 2017 00:03:26     M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
516492069       EDI: AGFINANCE.COM Apr 04 2017 23:38:00      Springleaf Financial,    4611 Nottingham Way,
                 Trenton, NJ 08690-0000
                                                                                              TOTAL: 12
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
                 (address filed with court: M&T Bank,    PO Box 840,    Buffalo, NY 14240)
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2017                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2017 at the address(es) listed below:
```
              Albert Russo    docs@russotrustee.com
              Denise E. Carlon   on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Stephanie Shreter    on behalf of Debtor Jacque P. Howard shreterecf@comcast.net
                                                                                             TOTAL: 3
```