Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

           Case No.:  16−31493−KCF
           Chapter:  13
           Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jacque P. Howard
   755 Franklin St
   Trenton, NJ 08610−6111

Social Security No.:
   xxx−xx−6732

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         9/27/17
Time:        10:00 AM
Location:     Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 4, 2017
JAN: slf

                                 Jeanne Naughton
                                   Clerk, U. S. Bankruptcy Court

```
United States Bankruptcy Court
District of New Jersey
```

In re:                                                                    Case No. 16-31493-KCF
Jacque P. Howard                                                          Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Aug 04, 2017
                              Form ID: 132             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2017.
```
db              Jacque P. Howard,    755 Franklin St,    Trenton, NJ  08610-6111
516492059       Calvary,    att: Bass & Assoc,P.C.,    3936 E Fort Lowell Rd Ste 200,    Tucson, AZ  85712-1083
516492060      +Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
516492061      +Comenity Bank/Brylane,    Po Box 182782,    Columbus, OH 43218-2782
516492067       M&T Ban,    PO Box 1288,    Buffalo, NY  14240-1288
516492063      +debt recovery,    900 Merchants Concourse,    Westbury, NY 11590-5121
516492068       mccabe weisburg and conway,    216 Haddon Ave Ste 201,    Westmont, NJ  08108-2818
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 04 2017 21:20:35      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 04 2017 21:20:34      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516492058      +E-mail/Text: bkrpt@retrievalmasters.com Aug 04 2017 21:20:34      AMCA,    2269 s saw ml,
                 Elmsford, NY 10523-3832
516492062      +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 04 2017 21:20:40
                 Credit Collection Service,    Po Box 9136,    Needham, MA 02494-9136
516492064       E-mail/Text: mrdiscen@discover.com Aug 04 2017 21:20:26      Discover,    Po Box 3008,
                 New Albany, OH  43054-0000
516513697       E-mail/Text: mrdiscen@discover.com Aug 04 2017 21:20:26      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
516492065      +E-mail/PDF: gecsedi@recoverycorp.com Aug 04 2017 21:18:00      Ge/Jc Penney,    Po Box 965007,
                 Orlando, FL 32896-5007
516492066      +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 04 2017 21:20:27      Kohls,    Po Box 3115,
                 Milwaukee, WI 53201-3115
516549937       E-mail/Text: camanagement@mtb.com Aug 04 2017 21:20:32      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
516492069       E-mail/PDF: cbp@onemainfinancial.com Aug 04 2017 21:17:28      Springleaf Financial,
                 4611 Nottingham Way,    Trenton, NJ  08690-0000
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*           ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
               (address filed with court: M&T Bank,     PO Box 840,    Buffalo, NY  14240)
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2017 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Stephanie   Shreter    on behalf of Debtor Jacque P. Howard shreterecf@comcast.net
                                                                                              TOTAL: 3
```