UNITED STATES BANKRUPTCY COURT
NEW JERSEY DISTRICT

Order Filed on August 4, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

STEPHANIE SHRETER, ESQUIRE
105 High Street
Mount Holly NJ 08060
609-265-9600

Attorney for Debtor

In Re:

**Jacque Howard**

:Case #16-31493
:Chapter 13
:
:Hearing Date: July 12, 2017
:Judge: Kathryn C. Ferguson

**ORDER TO REINSTATE THE CHAPTER 13 BANKRUPTCY**
The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: August 4, 2017**

   This matter having been opened to the Court by Stephanie Shreter, Esq., attorney for the Debtor and Stephanie Shreter having appeared on behalf of the Debtor and good cause having been shown;

   It is on this 12th day of July, 2017 ORDERED and ADJUDGED that the debtor's Chapter 13 case No.:16-31493 is reinstated.

   It is further ORDERED that the Movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-31493-KCF
Jacque P. Howard                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1           Date Rcvd: Aug 04, 2017
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2017.
db              Jacque P. Howard,    755 Franklin St,    Trenton, NJ   08610-6111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Stephanie   Shreter    on behalf of Debtor Jacque P. Howard shreterecf@comcast.net
                                                                                                  TOTAL: 3