Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−31493−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jacque P. Howard
   755 Franklin St
   Trenton, NJ 08610−6111

Social Security No.:
   xxx−xx−6732

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/30/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 30, 2018
JAN: slf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-31493-KCF
Jacque P. Howard                                                          Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                 Page 1 of 1              Date Rcvd: Jul 30, 2018
                              Form ID: 148                Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2018.
db              Jacque P. Howard,    755 Franklin St,    Trenton, NJ  08610-6111
516492059       Calvary,    att: Bass & Assoc,P.C.,    3936 E Fort Lowell Rd Ste 200,    Tucson, AZ  85712-1083
516492067       M&T Ban,    PO Box 1288,    Buffalo, NY  14240-1288
516492063       debt recovery,    900 Merchants Concourse,    Westbury, NY  11590-5142
516492068       mccabe weisburg and conway,    216 Haddon Ave Ste 201,    Westmont, NJ  08108-2818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 31 2018 00:09:30      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 31 2018 00:09:24      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ  07102-5235
516492058      +EDI: RMCB.COM Jul 31 2018 03:43:00      AMCA,    2269 s saw ml,    Elmsford, NY  10523-3832
516492060      +EDI: CAPITALONE.COM Jul 31 2018 03:43:00      Capital One,    P.O. Box 30281,
                 Salt Lake City, UT  84130-0281
516492061      +EDI: WFNNB.COM Jul 31 2018 03:43:00      Comenity Bank/Brylane,    Po Box 182782,
                 Columbus, OH  43218-2782
516492062      +EDI: CCS.COM Jul 31 2018 03:43:00      Credit Collection Service,    Po Box 9136,
                 Needham, MA  02494-9136
516492064       EDI: DISCOVER.COM Jul 31 2018 03:43:00      Discover,    Po Box 3008,
                 New Albany, OH  43054-0000
516513697       EDI: DISCOVER.COM Jul 31 2018 03:43:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
516492065      +EDI: RMSC.COM Jul 31 2018 03:43:00      Ge/Jc Penney,    Po Box 965007,    Orlando, FL 32896-5007
516492066      +EDI: CBSKOHLS.COM Jul 31 2018 03:43:00      Kohls,    Po Box 3115,    Milwaukee, WI  53201-3115
516549937       E-mail/Text: camanagement@mtb.com Jul 31 2018 00:09:06      M&T Bank,    P.O. Box 840,
                 Buffalo, NY  14240-0840
516492069       EDI: AGFINANCE.COM Jul 31 2018 03:43:00      Springleaf Financial,    4611 Nottingham Way,
                 Trenton, NJ  08690-0000
                                                                                               TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                (address filed with court: M&T Bank,    PO Box 840,    Buffalo, NY  14240)
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2018 at the address(es) listed below:
              Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Brian C. Nicholas     on behalf of Creditor    M&T BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T BANK rsolarz@kmllawgroup.com
              Stephanie   Shreter     on behalf of Debtor Jacque P. Howard shreterecf@comcast.net
                                                                                             TOTAL: 6